CENTRAL OF GEORGIA RAILWAY COMPANY *v.* WHITEHEAD.

FISH, J. The fact that a judge of the superior court to whom a petition for certiorari is presented enters thereon and signs an order refusing to grant the writ does not constitute such petition a part of the record of the case to which it relates, and a certified copy of it can not be brought to this court as a portion of such record. *Elsas* v. *Clay,* 67 *Ga.* 327; *James* v. *Davis,* 76 *Ga.* 100; *Fleming* v. *City of Bainbridge,* 84 *Ga.* 622; *Lake* v. *Kellum,* 99 *Ga.* 130; *Wilks* v. *Smith,* 101 *Ga.* 229. *Judgment affirmed. All the Justices concurring.*

Argued April 25, — Decided May 25, 1898.

Petition for certiorari. Before Judge Hart. Wilkinson county. October 28, 1897.

*Lawton & Cunningham* and *J. W. Lindsey,* for plaintiff in error.

---

HAMILTON *v.* MUTUAL BENEFIT LIFE INSURANCE Co.

FISH, J. An examination of the record in this case discloses no reason for departing from the established rule which has long prevailed in this court with regard to non-interference by it with the first grant of a new trial. *Judgment affirmed. All the Justices concurring.*

Argued April 27, — Decided May 25, 1898.

Action on insurance policy. Before Judge Butt. Muscogee superior court. May term, 1897.

*O. M. Colbert, C. J. Thornton* and *E. A. Thornton,* for plaintiff. *Brannon, Hatcher & Martin,* for defendant.